UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DERRICK RAHMING, *et al.*,

                Plaintiffs,

-v-

CLYDE OTIS MUSIC GROUP, INC., *et al.*,

                Defendants.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/09

No. 09 Civ. 6706 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Defendant, dated September 22, 2009, which reports that this action has been resolved.

Accordingly, it is HEREBY ORDERED that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this Order, any party may apply by letter for restoration of this action to the calendar of the undersigned, in which event the action will be restored. The conference currently scheduled for Wednesday September 23, 2009 is cancelled.

SO ORDERED.

Dated:    September 22, 2009
           New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE

<u>Copies sent to:</u>

Clyde Otis III, Esq., via email (otisc@ci.newark.nj.us)